UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE DICKINSON, et al.,

    Plaintiffs,

v.

COUNTRYWIDE HOME LOANS, INC., et al.,

    Defendants.
_____/

Case No. 1:10-cv-688

HONORABLE PAUL L. MALONEY

## ORDER OF RECUSAL

I must recuse myself from this matter under 28 U.S.C. § 455(a) and (b)(5)(i) from further participation in this case, due to a corporate disclosure statement having revealed a conflict. Pursuant to Administrative Order 07-193, the Clerk's Office shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Date: July 23, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge