UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE DICKINSON and
ROBERT DICKINSON,

       Plaintiffs,

v.

COUNTRYWIDE HOME LOANS, INC.,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. (a/k/a MERS), THE BANK
OF NEW YORK MELLON FKA THE BANK
OF NEW YORK, as Trustee for the
Certificateholders, CWABS, INC.,
ASSET-BACKED CERTIFICATES,
Series 2006-7, BANK OF AMERICA,
BAC HOME LOANS SERVICING, LP,
a subsidiary of Bank of America, N.A.,

       Defendants.
_____/

Case No. 1:10-CV-688

HON. GORDON J. QUIST

## ORDER

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (docket no. 31) is **GRANTED**. Plaintiffs' complaint is **dismissed with prejudice**.

This case is **concluded**.


Dated: January 19, 2012             /s/ Gordon J. Quist
                                                  GORDON J. QUIST
                                       UNITED STATES DISTRICT JUDGE